FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 0 3 2006 ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

U.S. PHILIPS CORPORATION, )
a Delaware corporation, )
    Plaintiff/Counterclaim Defendant, )
)
)
v. )  Civil Action No. CV 05-3892 (TCP)(ARL)
)
ZWT, INC., a New Jersey corporation, and )
HARMINDER BHASIN, RAMEET BHASIN, )
GURVINDER BINDRA, JOHN IANNOTTI, )  **STIPULATED FINAL CONSENT**
and ASIF JAMAL, individuals, )  **JUDGMENT ORDER**
    Defendants/Counterclaim Plaintiffs. )
)
)
)
)

Plaintiff/Counterclaim Defendant U.S. Philips Corporation ("Plaintiff") and Defendants/Counterclaim Plaintiffs ZWT, Inc. ("ZWT"), Harminder Bhasin, Rameet Bhasin, Gurvinder Bindra, John Iannotti, and Asif Jamal (collectively, "Defendants"), through their attorneys, stipulate and agree that, and it is Ordered that:

    1.    Pursuant to Fed. R. Civ. P. 54(b), this Court enters this Stipulated Final Consent Judgment.

    2.    Without admitting or denying liability, upon entry of this Stipulated Final Consent Judgment Order, Defendants, all successors and assigns of ZWT, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are hereby enjoined and restrained from, directly or indirectly:

    (a)    making, replicating, selling, offering for sale, importing, advertising, promoting, marketing, or otherwise disposing of DVD discs that meet

the industry standards for DVD discs anywhere in the United States or its territories, during the respective terms of U.S. Patent Nos. 5,745,641 and 5,790,512 ("the '641 and '512 Patents"), without express license or other authority from Plaintiff; provided, however, that nothing in this paragraph shall enjoin or restrain any such persons or entities from selling, offering for sale, importing, advertising, promoting, marketing, or otherwise disposing of DVD discs that have been manufactured by entities licensed by Plaintiff;

   (b)   inducing or contributing to the infringement of any claims of the '641 and '512 Patents with such DVD discs; and

   (c)   effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a)-(b), above.

3.   Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Defendants dismiss with prejudice their counterclaims against Plaintiff.

4.   All parties waive any right to any further relief in connection with the complaint or counterclaims.

SO STIPULATED:

Dated: 8/3/06 , 2006

Respectfully submitted,

_____
James M. Wicks (JW 6177)
Patrick T. Collins (PC 8093)
FARRELL, FRITZ, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
Telephone: (516) 227-0700

Of Counsel:
Thomas W. Winland
Steven M. Anzalone
Smith R. Brittingham IV
Malcolm T. Meeks (admitted pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000

Kenneth M. Frankel (admitted pro hac vice)
Two Freedom Square
11955 Freedom Dr.
Reston, Virginia 20190
Telephone: (571) 203-2700

Attorneys for Plaintiff/Counterclaim Defendant
U.S. PHILIPS CORPORATION

Dated: July 31, 2006

Respectfully submitted,

*/s/*

J. Ted Donovan (JTD 1343)
FINKEL, GOLDSTEIN, ROSENBLOOM &
NASH, LLP
26 Broadway
New York, New York 10004
Telephone: (212) 344-2929

-and-

A. Mitchell Greene (AMG 5900)
John D. D'Ercole (JD 1037)
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Telephone: (212) 603-6300

Attorneys for Defendants/Counterclaimants
ZWT, INC., HARMINDER BHASIN, RAMEET
BHASIN, GURVINDER BINDRA, JOHN
IANNOTTI, AND ASIF JAMAL

SO ORDERED, this 9th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

**Judgment Entered.**

Robert C. Heinemann, Clerk
USDC/EDNY DATE: 8/29/06



# Farrell Fritz, P.C.

1320 Reckson Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

August 4, 2006

**By ECF and OVERNIGHT MAIL**
Honorable Thomas C. Platt
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re: *Philips v. ZWT et al.*, No. CV 05-3892 (TCP)(ARL) (E.D.N.Y.)

Dear Judge Platt:

This firm is co-counsel for Plaintiff U.S. Philips Corporation ("Philips") in the above-referenced patent infringement civil action.

The parties have entered into a proposed Stipulated Final Consent Judgment Order. If approved by the Court, the proposed Stipulated Final Consent Judgment Order would constitute a final disposition of this action. We respectfully request the Court to enter the proposed Stipulated Final Consent Judgment Order submitted herewith.

Respectfully submitted,

/s/ Patrick Collins
Patrick Collins (PC 8093)
FARRELL, FRITZ, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320

cc: John D. D'Ercole, Esq. (by ECF and facsimile)
J. Ted Donovan, Esq. (by ECF and facsimile)

FFDOCS1\693938.01